JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBBEAN QUEEN, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>GRACIA FASHION CORP., a New York corporation; HONG IL KIM, an individual; BLUEFLY, INC., a Delaware corporation; JOSEPH C. PARK; an individual; RUELALA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:18-cv-03974-JFW-KSx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The Court hereby orders as follows:

1. Plaintiff's Motion for dismissal is GRANTED, and this case is dismissed in its entirety with prejudice subject to the terms and conditions specified below.
2. Each party shall bear its own costs and fees including attorney fees.
3. The dismissal does not have any res judicata effect as to the following:
    (a) Claims that Plaintiff may have against any party other than the defendants to this action and their customers, and all of their respective

1

**ORDER DISMISSING ACTION WITH PREJUDICE**

past, present, and future predecessors, successors, affiliates, subsidiaries, agents, assigns, employees, officers, directors, shareholders, members, administrators, representatives, insurers, trustees, independent contractors, and attorneys (collectively "Released Parties"):

(b) Claims that Plaintiff may have as to any of the Released Parties' misconduct unrelated to the matters included in the settlement agreement between Plaintiff and the Gracia's insurer, Hanover Insurance Company ("Settlement Agreement"), including without limitation to copyright infringement upon any designs including design EW3013 and design EWcad 4441T rap (collectively the "Designs") which occurs after March 29, 2020;

(c) Claims with respect to designs other than the Designs; and

(d) Any claims related to breach of the terms, representations or warranties specified in the Settlement Agreement.

4. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 3, 2020.  All dates in this action, including the trial date, are vacated.

Dated:  April 28, 2020

*[signature]*

The Honorable John F. Walter
United Stated District Court Judge